People of the State of Illinois, Plaintiff-Appellee, v. Johnnie Webb, Junior, Defendant-Appellent.

Gen. No. 50,587. (Abstract of Decision.)

First District, Third Division.

October 27, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Albert Friedman, Frederick F. Cohn, James J. Doherty, Morton Zwick, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.